IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

WILLIE EARL DUNKLIN - EL #199406    2006 NOV 29 A 9:44
Full name and prison number
of plaintiff(s)
                                    DEBRA P. HACKETT, CLK
                                    U.S. DISTRICT COURT
                                    MIDDLE DISTRICT ALA.

v.                                  CIVIL ACTION NO 2:06CV1063-MEF
                                    (To be supplied by Clerk of
BOB RILEY, GOVERNOR; RICHARD ALLEN, Comm.;   U.S. District Court)

GWENDOLYN C. MOSLEY, WARDEN; C. DAVENPORT, ASST. WARDEN

BRIAN MITCHELL, COUNSELOR; MS GREEN, Head of Class.;

TYRONE BARROW, Classification Specialist;

SHARON BLAKLY, Mail Clerk
Name of person(s) who violated
your constitutional rights.          **DEMAND FOR JURY TRIAL**
(List the names of all the
persons.)


I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            Defendant(s) _____N/A_____


        2.  Court (if federal court, name the district; if
            state court, name the county) _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility for ALDOC_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Easterling Correctional Facility for the Alabamama Dept. of Corrections_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. Bob Riley    State Capital, 600 Dexter Avenue, Room N-103, Montgomery, AL 36130
2. Richard Allen   64 N. Union Street, Montgomery, AL 36130
3. Gwendllyn C. Mosley   200 Wallace Drive, Clio AL 36017
4. C. Davenport   200 Wallace Drive, Clio AL 36017
   Brian Mitchell   200 Wallace Drive, Clio AL 36017
5. MS Green   200 Wallace Drive, Clio AL 36017
   Tyrone Barrow   200 Wallace Drive, Clio AL 36017
6. Sharon Blakly   200 Wallace Drive, Clio AL 36017

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _December 19, 2005; May 3, 2006; November 1, 2006 and Continuously_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Overcrowed lack of security, force to take counter-productive unneeded program, deprived of rehabilitative advancement program of work release as other inmates enjoy the opportunity to which is a deliberate indifference and misuse of government funds by acting in concert to fraud the U.S. Government in violation of Plaintiff 8th & 14th Amend._ 2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

The defendants herein acts in concert to Recklessly disregard Plaintiff 8th, 14th Amendments of the United States Constitution by failing in their responsibility oath of office to protect Plaintiff from overcrowded health hazard condition, and to provide Plaintiff with meaningful rehabilitative work release programs, but instead force Plaintiff to take counter productive Crime Bill SAP as inmate Joe Pickett was force to instead of relapse as needed.

GROUND TWO: Defendant Tyrone Barrow, Latrice Green and Brian Mitchell, C. Davenport violated Plaintiff 4th, 8th and 14th Amend. U.S.C.A. Fruit of the Poisonous Tree

SUPPORTING FACTS: On 12-19-05 defendant Barrow inform Plaintiff to take Crime SAP eventhough Plaintiff had not relapse and informed defendant Barrow he had not. On 05/03/2006 defendants on a Semi-Annual Review labeled Plaintiff a lack of program participation of Crime Bill SAP, AA/NA eventhough Plaintiff had not relapse. On 11-1-2006 Defendants Barrow, Davenport, Mitchell and Green deliberately indifferenced Plaintiff with no advancement under the disguise of no change and fail to follow Standard Operation Procedure of forwarding Plaintiff progress review form to Central Records.

GROUND THREE: Defendant Blakely is the mail clerk who is not bonded under U.S. Postal Regulation #308 and fail to follow Admin. Reg. #303 mail rejection forms for ALDOC in violation of Plaintiff 1st and 14th Amendment.

SUPPORTING FACTS: Defendant Blakely is illegally functioning and handling U.S. mail service of Plaintiff and other inmates mail at Easterling Correctional Facility. I contend that stamps and other valuables of inmates mail is disappearing. It is clear that anyone who handle U.S. mail must be bonded even defendant Blakely.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff seek a Trial by Jury pursuant to Rule 38 Fed. R. Civ. Proc. injunctive relief with an order to stop these punitive practices of indifference. Follow Doc. Classification Manual to send Plaintiff progress review form to Central Records for ALDoc to finalize as S.O.P. requires. Stop misuse of government funds at expense of plaintiff due process, equal protection and fundamental fairness. Plaintiff seek (five million dollars) in damages which is irreparable.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-28-06  .
             (Date)

_____
Signature of plaintiff(s)

4