IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 NOV 29 A 9:43
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WILLIE EARL DUNKLIN-EL #174406,
   Plaintiff,

V.

CIVIL ACTION NO.: 2:06CV1063-MEF
(TO BE SUPPLIED BY CLERK)

BOB RILEY, GOVERNOR, ET AL.,
   Defendants.

### JUDICIAL NOTICE AND REQUEST TO PROCEED IN FORMA PAUPERIS

Comes Now the Plaintiff Willie Earl Dunklin-EL, by and through PRO SE in the above Style Civil Action hereby respectfully moves the Court to take Judicial Notice that the defendants herein refuses to Process Plaintiff Pauperis form For Plaintiff to have access to the Courts. See Bounds V. Smith, 430 US 817, 52 L.Ed 2d 72, 97 SCt 1491. 2nd Johnson V. Avery, 393 US 483, 21 L.Ed. 2d 718, 89 SCt 747. For good cause Plaintiff request of this Court a declaritory-order to be directed to the defendants to process inmates forma pauperis forms immediately so Plaintiff and other inmates Can have access to the Courts, and not let the defendants reckless disregard to stop the process of this Civil Action Filed in good faith and for good cause.

Done this 28th day of November 2006.

Respectfully Submitted,
Willie Earl Dunklin-EL

CC: Defendants