| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☒ Agent ☐ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Commissioner Richard Allen<br>Department of Corrections<br>P.O. Box 301501<br>Montgomery, AL 36130<br><br>06cv1063 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0005 2150 5734 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540