IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE EARL DUNKLIN #174406
    PLAINTIFF,

V.                                    CASE NO. 2:06-CV-1063-MEF
                                              [WO]

BOB RILEY, et al.,
    DEFENDANTS.

RECEIVED
2006 DEC 12  A 10: 28
[stamp] U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO RULE 65(a) FEDERAL RULE OF CIVIL PROCEDURE

Comes now the Plaintiff WILLIE DUNKLIN, #174406, by and through PRO/SE in the above style Civil Action moves this District Court on Motion For Preliminary Injunction pursuant to Rule 65(a) Federal Rule of Civil Procedure, and in Support Plaintiff shows the following: Plaintiff points out to this District Court that his issue of over crouding is in fact undisputed against the defendant therein and in direct violation of Plaintiff 8th and 14th Amendment rights of the United States Const. to be protected from the imminate danger of overcrouding, lack of Security, Health Hazzard and punitive segregated Maximum Security Easterling with over-crouded dorms, poor ventilation, disease carrying rats, poison drinking water that defendants want drink, and an unfit for human consumption unbalance diet. A preliminary injunction will cause the defendants no harm as Plaintiff irreparable harm that

(1)

is brought by irreparable injury to plaintiff's unconstitutional living conditions, and a preliminary injunction will serve the public interest and stop this ongoing violation by defendants to stop the following to wit:

(1.) Immediately stop further overcrouding bringing inmates from County to an already overcrouded tripple capacity Alabama Department of Corrections with the defendant acting in concert with a reckless disregard for Plaintiff and other inmates 8th and 14th Amendment Rights of the United States Constitution.

(2) Stop immediate housing of inmates at Easterling Corr. Facility with poison drinking water with foul contaminated taste contrary to the state and Federal Pure Water Act, and Easterling Correctional Facility has the highest deaths of inmates in ALDOC.

(3) Stop promoting Homosexuality and arbitrarially harassing hetheral sexual couples during inmates visitation as Plaintiff and his fiancee Ms Smith was on Dec. 2, 2006 by defendant Davenport and his subordinates officials COI Canty, SAPP COI, COI Brown, LT. LEE and COI Facin coupled with defendant Richard Allen who fails to address Plaintiff and other inmates complaints of deprivate overworked officers Admin. Reg #207 with Rapimid #208 supension w/o pay for violating ALDOC SOP #303, #403 and #601 and violation of Plaintiff 8th and 14th Amendment Rights of the U.S. Const. Amend. And that all the above named officials be amended to this civil action for Retaliation against Plaintiff and his fiancee Ms Smith for the filling of this Civil Action.

(4) Stop! punitively holding minimum custody Plaintiff and other minimum custody inmates from being punitively held at maximum security prison Easterling by untrain and unprofessionals Classification personel whose afraid to make right, fair and meaningful classification decision with S.O.P.

(2)

(5) Stop! defendant Sharon Blakely who is unbonded state offical with a conflict of interest to intercept, reject, delay and censor inmates mail for defendant Moseley with an liberty interest to stop inmates complaints filed against defendant for constitutional violations of inmates and plaintiff's protected rights pursuant to the 1st, 4th, 8th and 14th Amendment Rights of the United States Constitution.

(6) Stop! defendant from laundrying inmates by force through counter productive Crime Bill SAP's, Pre SAP and After Care for funds and delay Plaintiff and other inmates for a year and half and deprive of an opportunity to advance from punitively operated Maximum security Easterling prison under the disguise of a level IV facility.

Done this 11th day of December 2006

Respectfully Submitted,

*Willie Earl Dunklin*

### Certificate of Service

I hereby certify this 11th day of December 2006, that I have served a true and correct copy of the same upon the defendants Attorney by U.S. mail Postage Prepaid.

*Willie Earl Dunklin*

Willie Earl Dunklin-EL
200 Wallace Dr
Clio AL 36017

(3)