IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 12 A 10:28

WILLIE EARL DUNKLIN #174406
    Plaintiff,

V.

CASE NO. 2:06-CV-1063-MEF
[wo]

BOB RILEY, et al.,
    Defendants.

## Motion For Leave To File Interrogatories Upon Defendants Pursuant To Rules 33, 34, 35, 36 And 37 Of The Federal Rules Civil Procedure

Comes now the Plaintiff Willie Earl Dunklin, by and through PRO/SE in the above civil action hereby moves this district court on Plaintiff motion for leave to File Interrogatories upon defendants Pursuant to Rules 33, 34, 35, 36 and 37 of the Federal Rules Civil Procedure, and to wit Plaintiff request from defendants Following:

(1) Plaintiff request from defendants all pending overcrowded lawsuits case numbers and pending status state and Federal?

ANSWER:

(1)

(2) Plaintiff request from defendants genuine copies of the capacity of inmates Easterling Corr. Fac. was built to house?

ANSWER:

(3) Plaintiff request from defendants genuine capacity of inmates housed at Easterling now?

ANSWER:

(4) Plaintiff request from defendants genuine copies of new rentivation of added Bathroom sinks and toilets plus plumming to accommindate the massive growth in the inmate population?

ANSWER:

(5) Plaintiff request from defendants Allen, why defendant Blakely is not bonded to handle U.S. mail as required by U.S. postal Service?

ANSWER:

(6) Plaintiff request from defendants Richard Allen as to why Plaintiff and other minimum custody inmates is punitively being held at maximum security Easterling Facility Even such inmates as Joe Ranger Pickett, et al., with min. custody status and graduation of Crime Bill?

ANSWER:

(2)

(7) Plaintiff request of Defendant Richard Allen as to why inmates at Easterling maximum security prison under the disguise of a level IV is forcing inmates and Plaintiff to enrolled in counter productive Crime Bill SAP that inmates and plaintiff Dunklin is punitively denied of opportunity to advance by Easterling poor trained classification personel that deliberately hold plaintiff progress review forms and other inmates whose eligible from reaching central records for a meaningful review to be had in compliance with the ALDOC classification manual.

ANSWER:

Plaintiff make known to defendants that the requested information herein is very relevant to this civil action and failure to respond within 30 days may result in a default Judgement against you pursuant to Rule 37 of the Fed. R. Civ. Proc.

Done this 11th day of December 2006

Respectfully,
*Willie Earl Dunklin*

### CERTIFICATE OF SERVICE

I hereby certify this 11th day December 2006, that I have served a true and correct copy of the same upon defendants Attorney and the district Court.

*Willie Earl Dunklin*

(3)