IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1063-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for leave to file interrogatories filed by the plaintiff on December 12, 2006, and as the defendants have not yet filed their written report, it is

ORDERED that this motion be and is hereby DENIED. It is further

ORDERED that no discovery requests be filed in this case without leave of court. The Clerk is DIRECTED to not accept for filing any discovery request or documents addressed to matters of discovery submitted without permission of the court.

Done this 13th day of December, 2006.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE