IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 DEC 12 A 10: 27
P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WILLIE EARL DUNKLIN #174406,
   Plaintiff,

V.                            CASE NO. 2:06-CV-1063-WKW
                              [WO]

Bob RILEY, et al.,
   Defendants.

<u>Motion For Immediate Attorney Fees To Be Awarded To Plaintiff Pursuant To Attorney Fees</u>

Comes now the Plaintiff Willie Earl Dunklin, by and through PRO/SE who is the prevailing party on these overcrowded lack of security, Health Hazard conditions by defendants reckless disregard for the violation of Plaintiff's 8th and 14th Amendment Rights of the United States constitution. Plaintiff is entitled to immediate Award of Attorney fees being the prevailing party, and to qualify as prevailing party, a plaintiff need not prevail on every claim or issue raised, but only "on any significant issue in litigation. See <u>Hensley V. Eckerhart</u>, 461 U.S. 424, 433, 103 S.Ct. 1933, 1939, 76 L.Ed. 2d 40 (1983). Wherefore, in light of all the above plaintiff is entitled to be Awarded Attorney fees to be sent to plaintiff PMOD account at Easterling Corr Facility, 200 Wallace Drive Clio AL 36017.

SCANNED

(1)

Done this 11th day of December 2006

*Willie Earl Dunklin*
Willie Earl Dunklin, PRO/SE

## VERIFICATION

I verify under penalty of perjury on this 11th day of December 2006 that the information contained herein is true and correct to the best of my knowledge & belief.

*Willie Earl Dunklin*
Willie Earl Dunklin PRO/SE

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of December 2006 that I have served a true and correct copy of the same upon the defendants attorney by U.S. mail postage prepaid.

*Willie Earl Dunklin*
Willie Earl Dunklin PRO/SE
200 Wallace Dr.
Clio AL 36017

(2)