IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1063-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for immediate attorney fees filed by the plaintiff on December 12, 2006 (Court Doc. No. 13), and as the plaintiff is not represented by a licensed attorney admitted to practice before this court nor has there been a determination on the merits of this case rendering the plaintiff a prevailing party, it is

ORDERED that the motion for attorney fees be and is hereby DENIED.

Done this 13th day of December, 2006.

                                                /s/ Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE