IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE EARL DUNKLIN-EL #174406
    Plaintiff,

V.                                    2:06-CV-1063-MEF

BOB RILEY, et al.
    Defendants,

MOTION TO STAY AND INTERLOCUTORY APPEAL
PURSUANT TO 28 U.S.C.S §§ 1291 AND 1292 (a) UNITED STATES
CODE SERVICE

Comes now, the Plaintiff WILLIE EARL DUNKLIN-EL, by and through pro/se the above civil action hereby Respectfully move the DISTRICT COURT on motion to stay and INTERLOCUTORY Appeal from district court final order and judgment of Petition for writ of mandamus (Doc.#15) and motion for preliminary injunction (Doc.#9) issued on December 21, 2006. This INTERLOCUTORY Appeal is taken in good faith for this district court's abuse of discretion, Violation Plaintiff Fourteenth Amendment Right of Equal Protection, and failure of the district court use its inherent Powers to do justice impartially. See Gates V. Collier, F.2d 1291, 130003 (1974)

Done this the 26th day of December, 2006

Respectfully submitted: Willie Earl Dunklin-EL

## CERTIFICATE OF SERVICE

I hereby certify this 26th day of December, 2006, that I have served a true and correct copy of the same upon defendants by placing the same in the U.S. mail service at Easterling Correctional Facility postage prepaid.

*Willie Earl Dunklin-EL*

Willie Earl Dunklin-EL
Easterling Corr Facility
200 Wallace Drive
Clio, AL 36017