IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE EARL DUNKLIN, #174406,    )
                                 )
            Plaintiff,           )
                                 )
      v.                         )  CIVIL ACTION NO. 2:06-CV-1063-MEF
                                 )
BOB RILEY, et al.,               )
                                 )
            Defendants           )

## ORDER ON MOTION

Upon consideration of the motion to stay filed by the plaintiff on December 27, 2006

(Court Doc. No. 17), and as the plaintiff has set forth no circumstances which warrant a

stay of proceedings in this case, it is

ORDERED that this motion be and is hereby DENIED.

Done this 8th day of January, 2007.


_____/s/ Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE