IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CASE NO. 2:06-CV-1063-MEF-CSC<br>BOB RILEY, ET AL. )<br>)<br>Defendants. )<br>)<br>) | |

## MOTION FOR EXTENSION OF TIME

Come now the Defendants, Bob Riley, Richard Allen, Gwendolyn Mosley, Carter Davenport, Brian Mitchell, Latrice Greene, Tyrone Barrow and Sharon Blakely, by and through the undersigned counsel and move for an extension of time of seven (7) days to file an Answer and Written Report pursuant to this Honorable Court's Order of December 5, 2006 and for grounds state as follows:

1. The Answer and Written Report for the Defendants is due January 16, 2007.

2. The undersigned has encountered some delay in securing affidavits and other materials necessary to adequately respond to Plaintiff's allegations.

3. More time is needed by the Defendants to adequately prepare a response to Plaintiff's Complaint.

4. No party will be prejudiced by such and extension.

Respectfully Submitted,

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.
Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I certify that I have on this the 16th day of January, 2007, electronically filed the foregoing with the Clerk of the Court using CM/ECF system and served a copy of the same by the United States Mail, postage prepaid, and properly addressed as follows:

Willie Earl Dunklin, AIS 174406
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

/s/ *Jack Wallace, Jr.*
Jack Wallace, Jr.


OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7555
(334) 242-2433