RECEIVED
JAN 16 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

NO. 06-10003-D

## JURISDICTIONAL QUESTION(S)

Whether the district court's December 21, 2006, order is appealable to the extent the order denies Appellant's motion for a preliminary injunction? See 28 U.S.C. §§ 1291, 1292(a)(1); McDougald v. Jenson, 786 F.2d 1465, 1472-73 (11th Cir. 1986); Fernandez-Roque v. Smith, 671 F.2d 426, 429 (11th Cir. 1982).