IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 07-10003-D

---

WILLIE EARL DUNKLIN,

  Plaintiff-Appellant,

versus

BOB RILEY,
Governor,
RICHARD ALLEN,
Commissioner, et al.,

  Defendants-Appellees.

---

Appeal from the United States District Court for the
Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to the 11th Cir.R.42-1(b), this appeal is hereby dismissed for want of prosecution because the appellant has failed to pay the full $450 docketing and $5 filing fees ($455) (or file a motion in the district court for relief from the obligation to pay in advance the $455 fee) to the clerk of the district court within the time fixed by the rules, effective this 26th day of January, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Nancy Holbrook
    Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

ORD-40