In The District Court of The United States
For The Middle District of Alabama
Northern Divison

Willie Earl Dunklin-El.
    Plaintiff,

V.

Bob Riley, et Al.
    Defendants.

Case No. 2:06-CV-1063-MEF
Lwod

## Jurisdiction, Response

Comes Now, Willie Earl Dunklin-El. In the Above Case by this, Honorable Court's, Pro Se Pursuant 28 U.S.C. §1331(A)

(1). False Imprisonment, as a tort, the unjustified detention See, Statement made by defendants under Oath by Einendoly Mosley, Exhibit #2 has A 61/96: Escape Second Subj Walked off from County Jail but was recaptured same day (No Force Noted). Also All defendants. Exhibits to the Escape Coviction; This was Also Plaintiff Case in A Writ of Habeas Corpus. CV-No. 00-D-414-N, No. 00-D-557-N Against State of Alabama Jack Wallace, Bill Pryor, All Statement under A Sworn Affidvit this Conviction invasion 13th Amend not only Prohibits Slavery but Also forbids "Peonage" Which is A Condition of Voluntary Servituds based on indebtedeness

(1)

197 U.S. 207. Ant, 3. of the U.S. Constitution Allowing the Courts jurisdiction over, Laws, and Treaties of the United States Weight Federal Courts § 17 (5th ed 1994. The Assist Attorney Jack Wallace and Bill Pryor. Misrepresentation, 18 U.S.C. 241, 18 U.S.C. 242. Courts § 256 - Federal Jurisdiction - merits of cause of Action. 4. For Purposes of determining Whether Jurisdiction exists under 28 USCS § 1331(A), it is Necessary to decide Whether the Alleged Cause of Action based directly on the Federal Constitution is in fact a Cause of Action on which recovery could Actually be had; instead, the test is Whether the Cause of Action Alleged is so patently without merit as to justify the Courts dismissal for want jurisdiction: Deceit the tort of Fraudulent representation. "The elements of Actionable deceit Are: A false representation of a material fact made with knowledge of its falsity, or recklessly, or without reasonable grounds for believing its truth, and with intent to induce reliance thereon, on which Plaintiff justifiably relies on his injury." 300 P.2d 14, 16.

(2)

Also See. Int'l Investigative Servs. V. United States (1998) 41 Fed. Cl 312. 42 CCH 77336. Courts $255 invasion of Federally Protected rights - remedies (S). Where Federally Protected rights have been invaded, Courts will be Alert to Adjust their remedies so as to grant the Necessary relief.

(2). The, Defendants have perjury as to making statements as to, Plaintiff needs these program, Plaintiff has taking SAP, NA. AA. Not only is this in my, institution Jack, Alabama Central Office, have, the State Board of Pardons of Parole. 301 S. Ripley Street, P.O. Box 302405, Montgomery, Ala. 36130-2405 Central Office (334) 242-8700. Also have a copy of Plaintiff taking these program, this show that the Defendants has being taking government funds also perjury is A Criminal Offense and making false statement under Oath, Calling witness Fed. R. Evid 611 (c). Such A witness is sometimes described as having an Adverse interest, See VA.

(3)

Code Ann. § 8.01-403. A Moves to Impench. The State Government and the Inhig and Name Defendants for invading National Constitutional Laws, and the enforcement of the, Mandate as required under 18 U.S.C. 242. Color of Law. Defendants have violated are Attorney for Defendants have not sent the Magistrate Ordered, Case 2:06-CV-01063-MEF-CSC Document "4-1. Page 2 of 5 at 3., See 310 F.2d 262, 267. It "usually consists of a misrepresentation, ~~contrivance~~," concealment, or nondisclosur of a material fact, or at least misleading conduct, devices, or contrivance." 234 F. Supp. 201, 203. It embraces all the multifarious means which human ingenuity can devise to get an advantage over another. It includes all surprise, trick, cunning, dissembling and unfair ways by which another is cheated. At law, fraud must be proved, in equity it suffices to show fact and circumstances from which it may be presumed 425 P.2d 974, 978, See generally Model Penal Code § 224. See Also Deceit at 300 P.2d 14, 16, See 18 U.S.C. 241 Conspiracy and Fraud 18 U.S.C. 242 Color or Law.

(4)

Dated this 9 day of February 2007.

Respectfully Submitted

Willie Earl Dunklin-El
Willie Earl Dunklin-El.

4 day of Feb. 2007.

Annie R McLeod
Notary Public
2-14-2010
My Commission Expires


Annie Ruth McLeod
Notary Public State of AL
My Comm. Expires 2-14-2010

Certificate of Service

I, hereby Certify that I have served a true and correct copy of the above upon all parties Attorney Jack Wallace Jr. by placing the same in Easterling Corr. Facility, 200 Wallace Drive. Clio, Al. 36017. U.S. Mail Postage Paid.

Dated this 4 day of February 2007.

Willie Earl Dunklin-El
Willie Earl Dunklin-El.

(5)

Affidavit

RECEIVED

This Sworn Affidvit by, Willie Earl Dunklin-Eh. Plaintiff. Presently at Easterling Corr. Facility. 200 Wallace Drive, Clio, Al. 36017. I Swear under the penalty of perjury that on the below mentioned date I placed my, Jurisdiction Response, Pursuant to 28 U.S.C. § 1331 (A). Parties Attorney Jack Wallace Jr. And the Same to, Magistrate Judge Charles S. Coody, by placing the same in Easterling Corr. Facility. 200 Wallace Drive, Clio, Al. 36017. U.S. Mail Postage Prepaid and properly Addressed.


Annie Ruth McLeod
Notary Public State of AL
My Comm. Expires 2-14-2010

Willie Earl Dunklin-Eh.
Affiant

Executed Sworn and Subscribe to before me, this 4 day of Feb 2007.
Annie R. McLeod
Notary Public

(0)

Willie Earl Dancklin-Kh
#194906 FSO
Easterlis Correction Facility
200 Wallace Drive
Clio, Al. 36017-2615

36101+0711

MONTGOMERY AL 361
05 FEB 2003 PM 3 T

Charles S. Coody
Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Ella Fitzgerald