In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Willie Earl Dunklin-El.
  Plaintiff,
V
Bob Riley. et. Al
  Defendants.

Case No. 2:06 CV-1063-MEF
(LNS)

Motion For Application
of the 13th Amendment
Under 5 U.S.L.A. § 552

Come now, the Plaintiff Willie Earl Dunklin-El by and through ProSe the above Civil Action hereby respectfully move this District Court on motion for Application of the 13th Amendment Pursuant to 5 U.S.L.A. § 552. And no response to Plaintiff, Jurisdiction response on February 4, 2007. The Plaintiff moves as follow here in where Plaintiff rights was invasion through the Constitution. Court will at § 255 invasion of federally Protected rights-remedies (s). Where federally Protected rights have been invaded, Courts will be alert to ajust their remedies so as to grant the necessary relief. The 14th and 15th Amendment brought the North and South in unit, placing the

(Ø)

Southerners who were at that time without power, with the Constitutional body of power, and at that time, 1865 the Free National Constitutional law that was enforced since 1774 declared all men equal and free, and if all men are declared by the Free National Constitution to be free and equal since that Constitution has never been changed, there is no need for the Application of the 14th and 15th Amendment for the Salvation of Plaintiff freedom so there isn't but out Supreme issue for Plaintiff to use to redeem that which was lost, and that is through the above statements, and as 1865 Slavery was declared out by President Abraham Lincoln's Emancipation Proclamation; Abraham Lincoln had proposed a resolution in 1862 called Compensation Emancipation. This document has a three fold meaning to all Asiatics-America which were; Emancipation (free from Slavery) Nationlization (Proclaim Nationality). And Compensation (to receive money and land). This document was finally ratified in 1865 and added to the United States Constitution as the 15th Amendment with 20 (twenty) Sections. 194 U.S. 207. 392 U.S. 409, 437-44.

Done this the 19 day of February 2007.

Respectfully Submitted

(1)

<u>Willie Earl Dunklin-EL</u>
Willie Earl Dunklin-EL.

## Certificate Of Service

I hereby Certify this 19 day of February 2007. that I have served a true And Correct Copy of the same upon defendants. Attorney Jack Wallace. Jr. by placing the same in the U.S. Mail Service at Easterling Corr. Facility Postage Prepaid.

<u>Willie Earl Dunklin-EL</u>
Willie Earl Dunklin-EL.
#174406, F-1 50 B
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017

(2)

Willie Karl Danklin #179406, F-1 SO B
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017

MONTGOMERY AL 361
20 FEB 2007 PM 4 L

Charles S. Coody, U.S.M.J.
Middle District of Alabama
Office of
Clerk, United States District Court
P.O. Box 711
Montgomery, AL. 36101-711