IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1063-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for application of the Thirteenth Amendment filed by the plaintiff on February 21, 2007 (Court Doc. No. 27), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 21st day of February, 2007.

        /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE