In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 MAR 20 A 9: 50
_ _ _ A P. HACKETT _ _
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Karl Dunklin-Eh.
        Plaintiff,

v                                    Case No. 2:06 CV-1063-MEF

Bob Riley. et Al.                            [WO]
        Defendants.


Motion on Application
of Thirteeth Amendments
Privileges And Immunities


Come Now the Plaintiff Willie Karl Dunklin-Eh, by And
through Prol Se in the Above Civil Action, hereby re-
spectfully move this District Court on, motion on Application
of Thirteeth Amendments Privileges and Immunities

(1). On Are About 12/21/05. A denials of Plaintiff, Case
was reviewed by the Board of Pardons And An open
Public meeting. You were denied Parole And reset
for further Consideration during the Month of
12/2006. Remraks: The Board hopes you will Coope-
rate with the prison Authorities. On 5/11/07. the Board
of Pardons And Paroles will Consider you for Parole
in An open public meeting, begining At 9:00 A.M.

(0)

Cases will be heard in order of Registration unless
Special Circumstances exist the word, Registration
the act of making a list, Catalogue, Schedule,
or register "to record formally and exactly; to enroll:
to enter precisely in a list or the like." 452 P. 2d
930, for instance, every Citizen must register with
the local Government to be able to vote. Corporations
must register Securities with the Securities and
Exchange Commission before they may be Sold to
the public, See also draft, which has the purpose
and effect of giving Notice and preventing fraud
and deception, See 18 U.S.C. § 241; which in the
meaning of election laws. A method of proof
for ascertaining and identifying electors who
are eligible to vote. In Securities law, registr-
ation is the preess by which a Company Submits
financial data to the Securities and Exchange
Commission so that it may have its securities
bought and Sold on public markets. The Secur-
ities Act of 1933 Sets forth the basic require-
ments for registration, 15 U.S.C. §§ 77A et. Seq.
Never the less the trust indenture Act of 1939
Act that regulates public issuers of large
debt Securities i.e., over $ 5.000.000 15 U.S.C.
§§ 77AAA-77bbb.

(1)

(2). The phrase used in the, Thirteeth Amendments
proposed by Abraham Lincoln was to ratified
A document call resolution in 1862, Compensation
Emancipation this document has A three fold
meaning to all, Asiatics-America which were;
Emancipation (Free From slavery free, discharge,
liberate, loose, loosen, manumit, release, unbind, unchain,
unchackle). Nationalization (Proclaim Nationality, mean;
Moorish-American it do not mean; Negro, Black, Colored,
Ethiopian, Afo-American; Dark-Americans loon, Shine).
Compensation (to receive money and land, money
by large debt over $5,000,000 15 U.S.L. §§ 77AAA-777
bbb, Land mean land over the debt, ratified 1865
untill now!, United States Constitution As 13th
Amendments. Wherefore Plaintiff have not received
the Application on Court Doc. No. 27 that was hereby
granted by the, Chief Magistrate Judge. /s/ Charles
S. Coody; on the 2/21/07. Therefore Plaintiff
move on motion on Application and Privileges
And immunities of Thirteeth Amendments.
of United States Constitution desrible the rights
that citizens of the United States have by
virtue of their Citizenship. These rights derive
from the establishment and existence of A
National government and thus were Assumed
to exist prior to the enactment of the

(2)

Thirteenth Amendments, That Provision makes it clear that the National government may Protect Such rights from State as well as individual denials. Privileges and immunities include the right to travel, 78 U.S. (6 Wall.) 35; the right to vote in National elections, 313 U.S. 299; the right to Assemble to petition National officers and to discuss National legislation 92 U.S. 542; And Any other personal right Arising out of National Statute, 83 U.S. (16 Wall) 86; 112 U.S. 76. Such rights are to be distinguished from those that exist regardless of the National government Such as the right to Assembly or of jury trial, 92 U.S. 542; 92 U.S. 90; 176 U.S. 581. See generall, Antican, Modern Constitutional Law §§ 9:8, 9:9 (2d ed. 1997). See, N.J.R.E. 500-533. Notably Absent Privilege 279. A.2d 889. And A Parent-Child Privileges recognized in a National Court will depend upon National, Common law or State rules of Privilege Since there are no specific evidntiary Privilege embodied in the National rules of evidence. Fed. R. Evid. 501 Plaintiff Conviction Against unjustified detention

(3)

under 18 U.S.L. 241. Lonspiracy Against rights. 18 U.S.L. 242. Deprivation or right under Color of Law. See Civil Action No. 00-D-414-N, No. 00-D-557-N, Where Courts § 255 ~~remed~~ invasion Federally Protected rights-remedies (5). Where Federally Protected rights have been invaded, Courts will be Alert to Adjust their remedies so As to grant the Necessary relief to be free And equal upon the 13th Amendments.

Done this the __18__ day of __March__ 2007.
Respectfully Submitted: _Willie Earl Dunklin-ES_
_Willie Earl Dunklin-EL_


## Certificate of Service


I hereby Certify this __18__ day of __March__ 2007, that I have Served A true And Correct Copy of the Same upon defendants Attorney Jack Wallace Jr. by Placing the Same in the U.S. Mail Service At Easterling Corr. Facility Postage Prepaid.

CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE

_Willie Earl Dunklin-ES_
_Willie Earl Dunklin-EL_

(4)

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700

03-05-2007

WILLIE EARL DUNKLIN
174406
EASTERLING CORRECTIONAL C
200 WALLACE DR
CLIO  AL  36017-2615

DEAR MR DUNKLIN

THE BOARD OF PARDONS AND PAROLES WILL CONSIDER YOU FOR PAROLE IN
AN OPEN PUBLIC MEETING AT 301 S. RIPLEY ST, MONTGOMERY, ALABAMA
ON 05-01-2007.NUMBERED SIGN-IN SHEETS ARE AVAILABLE WHEN THE
DOOR OPENS AT 7:30 A.M.   SIGN-IN SHEETS WILL BE COLLECTED IN
THE WAITING ROOM BEGINNING AT 7:30 A.M.   BEGINNING AT 9:00 A.M
CASES WILL BE HEARD IN ORDER OF REGISTRATION UNLESS SPECIAL
CIRCUMSTANCES EXIST. BOARD DECISIONS WILL BE RELEASED UPON
COMPLETION OF THE HEARING TO THOSE PRESENT, AND WILL BE AVAILABLE
BY TELEPHONE THE FOLLOWING FRIDAY AFTERNOON.
FRIDAY AFTERNOON.

AMERICAN DISABILITIES ACT ASSISTANCE (334)353-8067

*No Executive Director Name*

STATE OF ALABAMA
BOARD OF PARDONS AND PAROLES
301 S. RIPLEY STREET
P.O. BOX 302405
MONTGOMERY, ALABAMA  36130 - 2405
CENTRAL OFFICE (334) 242 - 8700
12-16-2005


WILLIE EARL DUNKLIN
174406
EASTERLING CORRECTIONAL C
200 WALLACE DR
CLIO  AL  36017-2615


YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT
AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR
FURTHER CONSIDERATION DURING THE MONTH OF 12/2006.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES
IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE
ACCORDED.


                                    YOURS VERY TRULY,



                                    WILLIAM C. SEGREST
                                    EXECUTIVE DIRECTOR

WCS/CRM

CC:  WARDEN
     CLASSIFICATION

State of Alabama
Board of Pardons And Paroles

RECEIVED

2007 MAR 20 A 9: 50

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Earl Dunklin-El.
Plaintiff,

V                              V  Case No.

State of Alabama, et. Al.
Respondents

Motion on Application
Privileges And Immunities
Of the Thirteeth Amendments

Come Now the Plaintiff Willie Earl Dunklin-El.
by And through Pro 1se the Above form Action here-
by respectfully move this Board of Pardons And
Paroles on motion on Application Privileges And
immunities of the Thirteeth Amendments

(1). Registration, the act of making A list, Catalogue,
Schedule, or register which has the purpose And
effect of giving Notice And Preventing fraud
And deception, See. 18 U.S.L. § 241; within
the meaning of election law; A method of
proof for ascertaining And identifying electors
who Are eligible to vote. In Securities law,
registration is the press by which A Com-

(0)

pany submits financial data to the Securities and Exchange Commission so that it may have its Securities bought and sold on public markets. The Securities Act of 1933 Sets forth the basic requirements for registration. 15 U.S.C. §§ 77 A et Seq. Never the less the trust indenture Act of 1939 Act that regulates public issuers of large debt Securities. i.e., over $ 5,000,000 15 U.S.L. §§ 77AAA-777bbb.

(2). The phrase used in the, Thirteeth Amendments Proposed by, Abraham Lincoln was to ratified A document call resolution in 1862, Compensation Emancipation this document has a three fold meaning to All, Asiatics-America Which were; Eman- cipation (Free From Slavery) Nationalization (Proclaim Nationality) and Compensation (to receive money And land). Nationality do not mean Negro, Black, Colored, Ethiopian, Afro-American, Dark-American, Coon, Shine, its mean Moorish-American. Compen- sation mean money by large debt over $ 5,000,000 15 U.S.L. §§ 77 AAA-777bbb. Land mean Land over the debts, ratified 1865 inlas Added to United States Constitution As the 13th Amendments Therefore, the motion on Application Privileges

(2)

and immunities of Thirteeth Amendment, of
United States Constitution describe the rights
that citizens of the U.S. have by virtue of
their citizenship. These rights derive from
the establishment and existence of a National
government and thus were assumed to exist
prior to the enactment of the Thirteeth Amend-
ments, That provision makes it clear that
the National government may protect such
rights from state as well as individual
denials. Privileges and immunities include
the right to travel, 73 U.S. (6 Wall.) 35; the
right to vote in National elections, 313 U.S.
299; the right to assemble to petition National
officers and to discuss National legislation,
92 U.S. 542; and any other personal right
arising out of National Statute, 83 U.S.
(16 Wall) 36; 112 U.S. 76. Such rights are
to be distinguished from those that exist
regardless of the National government,
such as the right to assembly or of jury
trial. 92 U.S. 542; 92 U.S. 90; 176 U.S. 581.
See generall. Antican, Modern Constitutional law 33
9:8, 9:9 (2d ed. 1997). See. N.J.R.E. 500-533. Notably
Absent privilege. 279. A.2d. 889. And a parent-
child privileges recognized in a National

(2)

Court will depend upon National, common law
or State rules of privilege since there are
no specific evidentiary privilege embodied
in the National rules of evidence. Fed. R. Evid.
501. Plaintiff unjustified detention under,
18 U.S.C. 241 Conspiracy against rights of
Plaintiff, conviction, considered as a Slave. See
Civil Action No. 00-D-414-N, No 00-D-557-N,
of Case No 2:06 CV-1063-MEF. Wherefore
Plaintiff would hope that members of the
Board of Pardons and Paroles will embraces
this hearing for the above reasons facts.


Done this the 18 day of March 2007.

Respectfully, Submitted Willie Earl Dunklin-EL

Willie Earl Dunklin-EL


Certificate of Service


I hereby certify this 18 day of March 2007.
That I have served a true and correct copy of the
Same upon Attorney Jack Wallace Jr, General office
Chief Magistrate Judge, Charles S. Coody, by placing
the same in the U.S. Mail Service at Easterling Corr.
Facility Postage Prepaid.

Willie Earl Dunklin-EL

Willie Earl Dunklin-EL


(3)