IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1063-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motions for application of the Thirteenth Amendment filed by the plaintiff on February 21, 2007 (Court Doc. No. 27) and March 20, 2007 (Court Doc. No. 29), and as it appears that in such motions the plaintiff seeks to challenge the constitutionality of his confinement, it is

ORDERED that:

1. The order entered on February 21, 2007 (Court Doc. No. 28) be and is hereby VACATED.

2. The motions for application of the Thirteenth Amendment be and are hereby DENIED as any challenge to constitutionality of plaintiff's confinement is not properly before the court in this 42 U.S.C. § 1983 action.  *See Preiser v. Rodriguez,* 411 U.S. 475, 500 (1973); *Edwards v. Balisok,* 520 U.S. 641 (1997); *Heck v. Humphrey,* 512 U.S. 477

(1994).[1]

      Done this 21st day of March, 2007.

                        /s/ Charles S. Coody
                        CHARLES S. COODY
                        CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] "[A]ny claim by a prisoner attacking the validity or duration of his confinement must be brought under the habeas sections of Title 28 of the United States Code. *Preiser v. Rodriguez,* 411 U.S. 475, 500, 93 S.Ct. 1827, 1841-1842, 36 L.Ed.2d 439 (1973)." *Calderon v. Ashmus*, 523 U.S. 740, 746-747, 118 S.Ct. 1694, 1699 (1998).