IN The District Court Of The United States
For The Middle District Of Alabama
Northern Division

RECEIVED
2007 MAR 29 A 9:45
[illegible] P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

WillieEarlDunklin-El,
Plaintiff,

v.

Bob Riley. ets Al.,
Defendants,

Civil Action No. 2:06-CV-1063-MEF
[WO]

Motion to Objection

Come Now the Plaintiff WillieEarlDunklin-El. In by And through Pro/Se in the Above Case hereby respectfully Move this Court pursue to 28 U.S.C. § 1361 As followings.

(1). Objection, is to the, Magistrate FootNotice Doc. No. 30-1 3/21/07. Page 2 of 2 even so have Plaintiff file A Great Writ And After exhaustion All State Courts remedies, Magistrate Judge Charles S. Coody denied, being in Conspiracy With the State under 18 U.S.C. § 241, See [RICO] Organized Crime," Pub. L. 91-452, § 1, 84 Stat. 922 (1970). Also See Institution of Slavery, When Slaves in demand in the America, Were brought to Virginia in 1619. The Magistrate Said Plaintiff Confinement is not porperly before the Court in A 42 U.S.C. § 1983, And even As the Thirteenth Amendment is Self enacting it Can be raise in A Civil Action

As regard to Slavery, and permits Congress to pass legislation forbidding badges of Slavery such as all forms of racial discrimination 197 U.S. 207, 215, False Arrest, held without a warrant invaded, 171 F.Supp. 393, 395, Private of Property. 392 U.S. 409, 437-44., 42 U.S.C. § 1985 (3) Collins v Hardyman (1950) 341 U.S. 651. 95 L.Ed 1253, 71 S.Ct. 937.

(2). Objection to the Magistrate, vacted of Court Doc. No. 28, Seeing Magistrate order Court Doc. No. 27 for good cause, the word good cause in the fifth Edition Law Dictionary Page 224 Good Cause substantial or legally sufficient reason for doing something 319 A.2d 983, 986, for example, if a Statute provides for granting a new trial upon a showing of "good cause," such "good cause" might include the existence of fraud, lack of Notice to parties, or new evidence. In virtually every situation where it is used, good cause must be considered with in the context of a particular case and not by any Standardized formul. The Thirteenth Amendment to Doc. No. 29 Also is self enacting to Doc. No. 27 of the movement to Abolish Slavery for economic and humanitarian reasons began in the 18th Cent Not for Organized Crime. Pub.L. 91-452 § 1. 84.

Stat. 922 (1970). 18 U.S.C. § 241. See CR.Cod, to free Slavery their in 341 U.S. 651, 95 L.Ed. (1253). 71 S.Ct 937, 403 U.S. 88, 29 L.Ed 338, 91 S.Ct. 1790. 42 U.S.C. 1985 (3), Also deprive A person of his libety by Antherity 249 N.E.2d 533, 537. See 214 N.E.2d 114, 119, 99 S.Ct. 2248. placing in Slavery Such as All form of racial discrimin-ation, this is Also A disrespect to the Moorish People and Capacity and Government in America Eighth Amendment one of the Bill of Rights. Passed in 1791 prohibiting Cruel and unusual Punishment, Plaintiff to the doctrine drains its name from the idea that once the tree is Poisoned (the primary evidence is illegally obtained) then the fruit of the tree (any secondary evidence) is likewise poisoned or tainted And may also not be used, "Evidence obtained by independent means, not Search-Connected to the Poisonous tree, A 28 U.S.C. § 2254 file Again Will not Stand, tests, as to Magistrate, Foot Notice Page 2 of 2 202 N.W. 144, 148, 42 U.S.C. § 1983. An move for perform his duty under 28 U.S.C. § 1361. Action to Compel An officer of the United States to perform his duty, Owed to the Plaintiff (Oct. 5, 1962, P.L. 87-748, § 1 (A) 76 Stat. 744.) Ordered the Necessary released on (Court

Doc. No. 29 that arraise from Court Doc. No. 27 to, No. 28 All procesed to this Case No. 2:06-CV-1063-MEF [WO].

Done this the 28 day of March 2007.

Respectfully Submitted: Willie Earl Dunklin-El
Willie Earl Dunklin-El.
Peace

Certificate of Service

I hereby Certify this 28 day of March 2007 that I have served a true and correct copy of the same upon defendants Attorney Jack Wallace Jr. by placing the same in the U.S. Mail Service at Easterling Corr. Facility Postage Prepaid.

Willie Earl Dunklin-El
Willie Earl Dunklin-El.
Peace

Willie Earl Dunklin-Ah.
174406 L-138B
Easterling Corr. Facility
200 Wallace Drive
Clio, Al. 36017

MONTGOMERY AL 361
28 MAR 2007 PM 2 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711