IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1063-MEF |
| | ) | |
| BOB RILEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the "Motion to Objection" (Doc. # 31) filed by Plaintiff on March 29, 2007. The Court construes this document as an objection to the March 21, 2007 Order (Doc. # 30) entered by the Magistrate Judge in this case. In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed Plaintiff's objections, the Magistrate Judge's Order, and Plaintiff's original motions. In the Order, the Magistrate Judge set forth an appropriate basis for the decision to deny Plaintiff's requests to apply the Thirteenth Amendment. The Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, Plaintiff's Objection to Magistrate Judge's Order (Doc. # 31) is DENIED and his objections are OVERRULED. It is further ORDERED that this case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this the 4th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE