Document #: 32-1

In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

RECEIVED 2007 APR 12 HACKETT U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Willie Earl Dunklin-Eh.
        Plaintiff,
V.                                  Civil Action No. 2:06-CV-1063-MEF
Bob Riley, et. Al.,                       [INO]
        Defendants

Motion to Objection
to the Order, Thirteenth Amendment
/S/ Mark E. Fuller
Chief United States District Judge

Come Now the Plaintiff W.E. Dunklin-Eh. In by and through ProSe in the Above Case hereby respectfully move this court pursue to 42 U.S.C. § 1981 As following

(1). The Supreme Court has held that exhaustion of State remedies is not required when Federal Courts are asked to remedy A violation of one's Civil Rights pursuant to the Civil Rights Act, 42 U.S.C. § 1983; 102 S.Ct. 2557. Grievance one's Allegation that something imposes an illegal obligation or burden, or denies some equitable or legal right, or cause injustice. See 137 P. 460,

(1)

402. An W.E. Dunklin-El. may be entitled by a collective bargaining agreement to seek relief through a particular series of steps called a Grievance procedure, legal method; the machinery for carrying on the Suit, including Pleading, Process, evidence and practice, The term thus refers to the mechanics of the legal process - i.e., the body of rules and practice by which justice is meted out by the legal system - rather than the substance and content of the law itself.

(2). Dred Scott, case argued before the U.S. Supreme Court in 1856-57 involving the status of Slavery in the federal territories. Scott, a slave, had been take to Illinois and the Wisconsin territory, where slavery was prohibited by the Missouri compromises. Late, in Missouri, he sued for his freedom on the basis of his residence in a free state and territory. The Supreme Court's Southern Majority declared that the compromise was unconstitutional and that Congress had had no power to limit slavery in the territories. Three Justices also held that a negro descended from slaves had no right as an American

(2)

citizen and therefore no standing in court. The decision further inflamed the sectional controversy leading to the Civil War. The Abuses of the Feudal system led the term to acquire a meaning similar to "slave." 2 Bl. Comm. *53. If both the Federal government and the State governments did not posses these powers, the United States would not be a Federal Union. Either the Central government would be supreme, and the States would be mere administrative units; or the States would be Supreme in which case the National government would be reduced to a Confederation, similar to that which prevailed before 1789. (See the chart on page 36.) Reserved Powers State Government Concurrent Powers: "The powers not delegated to the United States by the Constitution, nor prohibited to it by the States, are reserved to the States respectively, or to the people." (Tenth Amend, to levy and collect, to establish and maintain courts, to make and enforce laws, to borrow money, to create an Army and Navy, to regulate interstate commerce, to declare war, to regulate foreign commerce, to tax imports, to establish post offices, to coin money and regulate its value, to govern United territories, to conduct foreign affairs, to pay the Nation's debts

(2)

to Govern the National Capital. The Powers Federal And State Governments & Federal Government Enumerated Powers "to make all laws which shall be Necessary and Proper for carrying into execution the foregoing powers... (Art. 1. Sec 8) Implied Powers Rule 72, Subdivision (A) 28 U.S.C. § 636 (b)(1)(A).

(3). Amend 13 & 8
"Full and equal benefit" Suit brought under 42 U.S.C. § 1981 for violation of Thirteenth Amendment rights will not stand unless there was State Action denying W.E. Dunklin-El. Full and equal benefit of law. Jones v. Poindexter (1990, CA4 VA) 903 F2d 1006, reh den, en banc (1990, CA4) 1990 U.S. APP LEXIS, (2). Petition for Relief from Conviction or Sentence Pursuant to Rule 32., (2). Appeal to the Alabama Court of Criminal Appeal., (3). Alabama Supreme Court., (4) 28 U.S.C. 2254, Second 28 U.S.C. 2254 Application.

(4). Involuntary Servitude, based on indebtedness 197 U.S. 207, W.E. Dunklin-El. has a Sentence of Escape Second, No Arrest, No Warrant Complaint, or indictment Violation Eighth, Fifth, Thirteenth, Amendments thereby W.E. Dunklin-El. False Imprisonment the Abuses of the Feudal System

(3)

led the term to Acquire A meaning Simailar "Slave," 2 Bl. Comm.* 53, See 2254. 2/16/01

(5). Involuntary Servitude, First Sentence 12/9/96. Second 10/1/98 False Imprisonment violation of Eighth, Thirteenth, Amendments "Slave 2.B.1.Comm. *53 unlawful force, in the law of torts, the use of force without the consent of the person Against whom it is directed, for which the user may be liable, See battery. Prosser an Keeton. Torts §9 (5th ed 1984). Battery, Perkins an Boyce, Criminal law 152 (3d ed 1982) 3.B.1. Comm* 120. Torts § 18. Prosser an Keeton Torts 39 (5th ed. 1984) No Notice of revocation one, 12/9/96. two, Probation hearing, 10/1/98 Eighth Amendment.

(6). Involuntary Servitude Slave. The Owner of Moorts Curb Market in Greenville, Al. 36037. Robbed At gun Point Call the Greenville Police Department dispatcher was told Suspect was 6Ft, 260 bl. W.E.Dunklin-Kh. After being informed by family members, that the Police was looking for him want to the Greenville Police Dept. June 22, 1996 At 1530 hrs. Along with his Sister Denise Dunklin, And her Friend James Robinson, Arrival At the Greenville Police Dept. W.E.Dunklin-Kh. was informed by

(4)

Greenville Police radio dispatcher and a Greenville Police Patrol Officer that W.E.Dunklin-El. was not the suspect to the alleged robbery as W.E.Dunklin-El., did not match the description reported to the said dispatcher See.Petition for Writ of Habeas Corpus page-7-. 38 F.2d 515, 517; 18 U.S.C.§ 4. 310. F.Supp 201, 203 deprive a person of his liberty by. 249 N.E. 2d 533, 537, developed 23 Edw. 3. C.1. (1349) 25 Edw. 3 C.1. (1350) See [1937] 2 K.B. 232, 271. More recently the vagrancy statues have been used by the police as authority for arresting persons who are suspected of some wrongdoing but where probable cause for their arrest does not exist. However, these statutes have been open to abuse and have found disfavor in the courts. See 282 N.Y.S. 2d 739.

## Certificate of Service

I hereby Certify this 11 day of April 2007. that I have Served a true and Correct Copy of the Same upon defendants Attorney Jack Wallace Jr. by placing the Same in the U.S. Mail Service at Easterling Corr. Facility Postage Prepaid.

Willie Earl Dunklin-El.
Willie Earl Dunklin-El.

(5)

Willie Karl Dunklin #Z
AIS#144416 L-2 38-B
Easterling Corr. Facility
200 Wallace Drive
Clio, AL. 36017

36101+0711

MONTGOMERY AL 361
12 APR 2007 PM 1 L

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. 36101-0711

Official Business