IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1063-MEF |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's "Motion to Objection to the Order" (Doc. #33) filed on April 13, 2007, which the Court construes as a motion to reconsider the order of April 4, 2007 (Doc. #32), it is hereby

ORDERED that the motion is DENIED.

DONE this the 17th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE