In The District Court Of The United States
For The Middle District of Alabama
Northern Divison

RECEIVED
2007 APR 25 A 9:55
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Earl Dunklin-EL.
Plaintiff,

v

Bob Riley, et, Al.
Defendants,

Case No. 2:06 CV-1063-MEF
[WO]

Motion to Objection Under
Action to Compel an Officer of the
United States to Perform His duty

Come now the Plaintiff Willie Earl Dunklin-EL. by And through Pro/se in the Above Case, hereby respectfully move this District Court Pursue to 28 U.S.C.§ 1361. AS following.

(1). Amend 13 n 6. (8). "Full And equal benefit "Suit brought under 42 U.S.C.§ 1981 for Violation of Thirteenth Amendment Rights will not Stand unless there was State Habeas, that was file by, W.E.Dunklin-EL. And A denying of full And equal benefit of law. Jones v. Poindexter (1990. CA4 VA) 903 F2d 1006. reh den, en banc (1990, CA4) 1990 U.S. APP LEXIS; W.E.Dunklin-EL., Still Saids there is A Conspiracy A-

gainst his rights under 18 U.S.C. 241. See Doc 34-1 And Order (Doc #33) to W.K. Dunklin-EL. Motion to Objection April 11, 2007. One through Six., Also See. Second Conspiracy (Doc 32) order (Doc 31 filed March 29, 2007. Against (Doc 30). See Court Doc. 29., Court No. 29. Also (Doc 28). Also see Jurisdiction Response that was done on Feb 2, 2007. Thirst Conspiracy (Doc #20 Jack Wallace, Jr. Motion for Extension of Time Jan 16, 2007. See Affidavit by Gwendolyn Mosley date 12/14/06. See Also Exhibit #2 by Gwendolyn Mosley, has a Escape Second Subj. Walked off from County jail but was recaptured Same day (No force Noted) they fore Alabama Department of Corrections is in violation of 18 U.S.C. 241. Deprivation of right under Color of law, 18 U.S.C. § 242, Also 18 U.S.C. § 289 false Claim for Pension by the City and County of Butler County Alabama Case No. 12 96. 146. (12 93/96. 129. 98, 129 Also see Motion to Objection File April 11, 2007. Page 3, (4), 4. (5). (6) 392 U.S. 409, 437-44. 42 U.S.C. § 1985(3) Collins v Hardyman (1950) 341 U.S. 651, 95 L.Ed 1253, 71 S.Ct 937, 42 U.S.C. § 1983 Action institution of Slavery violation of Eighth Amend of the United States Prohibited Cruel And unusual Punishement Cause by State Government Agencys. Thirteenth Amendment under 13 N 6 of the United States Constitution that Prohibits Slavery And involuntary Servitude and empowers

Congress to enforce the amendment by Appropriate legislation, The Thirteenth Amendment was passed in 1863 during the American Revolutionary War And Where Morroco was the first Country to recognize the U.S. As A Free National Government Civil War. It not only Prohibits Slavery but also forbids "Peonage" which is A A Condition of involuntary Servitude based on indebtedness 197 U.S. 207, 215. The Thirteenth Amendment is Self Enacting as regards Slavery, and permits Congress to pass legislation forbidding badges of Slavery Such as all forms of racial discrimination, Private of property 392 U.S. 409, 437-44. The district Court Shall have Original Jurisdiction of any Action in the Nature of mandamus to Compel an Officer or employee of the United State or any Agency theirof to perform a duty owed to the W.E.-Dunklin-Kh. (Oct. 5, 1962. P.L. 87-748, § 1 (A) 76 Stat. 744).

/s/ Mark E. Fuller:

Certificate of Service

I hereby Certify this 24 day of April 2007. that I have Served A true and Correct Copy of the Same upon defendants Attorney Jack Wallace Jr. by placing the Same in the U.S. Mail Service at Kasterling Corr. Facility Postage Prepaid.

Willie Earl Dunklin-E.L.
Willie Earl Dunklin-Kh.

Willie Karl Dunklin-kh.
#174406-L-2 38 B
Easterling Corr. Facility
200 Wallace Drive
Clio, Al. 36017

MONTGOMERY AL 361
24 APR 2007 PM 3 T

39 USA

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711
Official Business

36101+0711