In The District Court of The United States
For The Middle Of Alabama
Northern Division

Willie Karl Dunklin-El.,
Plaintiff,

V.                                    Case No. 2:06 CV-1063-MEF
                                      [JWO]
Bob Riley, et, Al.
Defendants,

### Motion For Status Under Freedom of Information Act

Come now the Plaintiff Willie Karl Dunklin-El, by and through Prolse in the above case, hereby respectfully move this District Court Pursue to 5 U.S.C. § 552... As following.

(1). Status on (Doc. 32-1) Done this the 4th day of April, 2007. Order., It is further Order that this Case is hereby Referred back to the Magistrate Judge for Appropriate Action or Recommendation on All pretrial matters. By /s/ Mark E. Fuller; Chief United States District Judge.

(2). Status on Motion to Objection (Doc. 34-2) Done this the 17th day of April, 2007. To Action to Compel An

(0)

Officer of the United States to Perform his duty 28 U.S.C. § 1361 File 24. day of April, 2007. Against /s/ Mark E. Fuller: Chift United States District Judge.

(3). Status written request of Production For Information to this Case No. 2:06 CV-1063-MEF File in the said Court.

Done this the 21 day of May 2007.
Respectfully Submitted / Willie Earl Dunklin-EL
Willie Earl Dunklin-EL

Certificate of Service

I hereby Certify this 21 day of May 2007. that I have Served a true and Correct Copy of the same upon defendants Attorney Jack Wallace Jr. by placing the same in the U.S. Mail, legal mail Postage Service at Easterling Corr. Facility.

Willie Earl Dunklin-EL
Willie Earl Dunklin-EL

(2)



Willie Karl Dunklin-K.Z.
#174406 L-2 38-B
Easterling Corr. Facility
200 Wallace Drive
Clio, AL 36017
Address Service Requested

Legal Mail

Office of the Clerk
United States District Court
P.P. Box 711
Montgomery, AL 36101-0711

Legal Mail

L.L. U.S.D.M

## INMATE REQUEST SLIP

Name William Franklin II  Quarters C2 38B  Date 5/14/07

AIS # 174466

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet            ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Mr. Tyrone S. Barrow, I am request to be put in for Work Release I have over a year clear record I have been working since I been here one RV-57 in one year within parole date I also hope that, ask to be put in for work release will cause no slander or hewdness from you to central office.

Thank you very much for your time

Do Not Write Below This Line - **For Reply Only**

_____

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden            ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary   ( ) Record Office
                                    Public

```
              STATE OF ALABAMA
          BOARD OF PARDONS AND PAROLES
              301 S. RIPLEY STREET
                P.O. BOX 302405
          MONTGOMERY, ALABAMA  36130 - 2405
           CENTRAL OFFICE (334) 242 - 8700
                   05-09-2007
```

WILLIE EARL DUNKLIN     *C2 38B*
174406
EASTERLING CORRECTIONAL C
200 WALLACE DR
CLIO  AL  36017-2615

YOUR CASE WAS REVIEWED BY THE BOARD OF PARDONS AND PAROLES AT AN OPEN PUBLIC MEETING.  YOU WERE DENIED PAROLE AND RESET FOR FURTHER CONSIDERATION DURING THE MONTH OF 05/2008.

REMARKS:
THE BOARD HOPES YOU WILL COOPERATE WITH THE PRISON AUTHORITIES IN ORDER THAT YOU MAY RECEIVE THE BEST BENEFITS THAT CAN BE ACCORDED.

                                        YOURS VERY TRULY,


                                        CYNTHIA S. DILLARD
WCS/CRM                                 EXECUTIVE DIRECTOR

CC:   WARDEN
      CLASSIFICATION