IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-1063-MEF |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants | ) |

**ORDER ON MOTION**

Upon consideration of the motion for status filed by the plaintiff on May 23, 2007 (Court Doc. No. 36), in which the plaintiff seeks the status of his motion for objection filed on April 25, 2007 (Court Doc. No. 35), and for good cause, it is

ORDERED that the motion for status be and is hereby GRANTED. The plaintiff is advised that his motion of objection is pending before United States District Judge Mark Fuller for disposition.

Done this 24th day of May, 2007.

                                        /s/ Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE