In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

RECEIVED
2007 JUN -7 A 9:28
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Earl Dunklin-El,
Plaintiff,

V.

Bob Riley, et. Al.
Defendants,

Civil Action No. 2:06-CV-1063-MEF

Motion on Naturalization Acts

Come Now the Plaintiff Willie Earl Dunklin-El, by and through pro/se in the Above Motion and Acts hereby re-spectfully move this District Court upon defendants Pursue 8 U.S.C.§1421, 8 U.S.C.§ 1427 (F). As Following.

(A). Citizens Are Natives or Naturalized. All person born in the United States are not Citizens As to the, Free blacks Are Not Citizens within the provision of the Constitution, Art. 4, Sec. 2; So held by Dagget. Ch. J., in Connecticut. See Note Kent's Com. Supra. See. Also. State V. Claiborne, 1 Meigs. 331; Opinions Atty-Gen. Vol. I. 382. ed. 41; Vol. I. p. 506, ed. 52, "An injuiry into the political grade of the Free Colored Population, under the Constitution of the United States," by John P. Denny. Persons who are

Not Citizens of the United States birth, can become Such only by virtue of a treaty, or in pursuance of Some law of the United States. The power of Naturalization is exclusively vested in Congress 8 U.S.C. § 1421. U.S. v. Villato, 2 Dall, 370; Chirac v. Chirac. 2 Wheat. 269; Houston v. Moore, 5 Wheat. 48. A Slave cannot become a citizen merely by a discharge from bondage, 8 U.S.C. § 1427 (F). Consequently, no State, since the adoption of the Constitution, can, by naturalizing an alien, invest him with the rights and privileges secured to a citizen of a State under the Federal Government. 19 Howard 405, 19 Howard 406. Although, So far It is very clear, therefore, that no State can, by act or law of its own; 18 U.S.C. 241 Against Alabama Department of Corr., State Atty-Gen, State Government, passed, since the Adoption of the Constitution, introduce a new member into the political community created by the Constitution of the United States. It cannot make him a member of this Community by making him a member of its own, under 18 U.S.C. 242, and the same provision is found in a subsequent collection of the laws made in 1855, Nothing could more strongly mark the entire repudiation of the African race. The alien is excluded, because, being born in a foreign

Country, he cannot be a member of the community until he is Naturalized. But why are the African race, born in the State, not permitted to share in one of the highest duties of the Citizen? The answer is obvious; he is not by the institution and laws of the State numbered among its people, or in any other respect, for a Citizen of one State has no right to participate in the government of another. But if he ranks as a Citizen of the State to which he belongs, within the meaning of the Constitution of the United States. 8 U.S.C. § 1421 then, whenever he goes into another State, the Constitution clothes him or her, as to the rights of person, with all the privileges and immunites which belong to Citizens of the State. And if persons of the African race are Citizen of a State, and of the United States under 8 U.S.C. § 1421, they would be entitled to all of these privileges and immunities. Under the paramount Authority of the Federal Government, and its Courts, under Immigration and Nationality 8 U.S.C. § 1427 (F)., Plaintiff, call for the enforceed the law upon all States worker at Easterling Correctional Facility that are not National Citizens to be place in Custody

(1). fail to recognize the free National name of their Constitutional National government and Cling to the names and the principles that delude to Slavery.

(2). Violated the Nation Covenant of Moorish Divine National Movement, which is incorporated in thes government.

(3). Violated Proclamation, Our Authority, Corporation-Religious-Affidavit of Orgaization Appointed, by Noble Drew ALI. the Covenant of his God-Allah.

(4). Violated rights to Plaintiff, to burial of his Mother an go their, A right to have a progress review at Kasterling Corr. Far Custody, see Inmate request Slip date 5/14/07. to the rules and regulation.

(5). Board of Pardons and Paroles violated § 15-22-39 Board; Failure to perform duties, Plaintiff far release. No one from Board officer never check Plaintiff home or job plan, § 15-22-28 (d)(e)., As to Board members being National Citizens or Citizens of the Confederacy People.

Done this the 5 day of June 2007.

Respectfully Submitted Willie Earl Dunklin-EL

Willie Earl Dunklin-EL.

Certificate of Service

I hereby Certify this 5 day of June 2007 that I have served A true and Correct Copy of the Same upon defendants Atty-Jack Wallace Jr. by placing the Same in the U.S. Mail, legal mail Postage Service at Easterling Corr. Facility.

Willie Earl Dunklin-EL

Willie Earl Dunklin-EL



Willie Karl Dunklin-EL
H174466 L-238B
Easterling Corr. Facility
200 Wallace Drive
Clio AL. 36017

Legal Mail

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.41⁰
02 1P
0002404485 JUN 06 2007
MAILED FROM ZIP CODE 36017

Is/ Charles S. Coody
Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama. 36101-0711
Official Business

Legal Mail

36101+0711-11 B007