(Court Doc. No. 39-2)
(Court Doc. No. 38)

In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 JUN 14 A 9: 51

| | |
|---|---|
| Willie Earl Dunklin-El, Plaintiff, | |
| v. | Civil Action No. 2:06-CV-2063-MEF |
| Bob Riley, et al., Defendants, | |

Motion to Objection

Come Now the Plaintiff Willie Earl Dunklin-El, by and through pro se in the above Motion to Objection And hereby respectfully move this Court pursue to Davis, Administrative Law §§ 28.04, 29.06 (3rd ed. 1972)., As Following:

(1). Abuse of Process 32 A.2d 413, 415. On are About June 5, 2007. Willie Earl Dunklin-El., file A motion on Naturalization Acts Against the, defendants here at Easterling Corr. Facility Pursue to 8 U.S.C. § 1421, 8 U.S.C. § 1427 (F)., Oh Are Not National by A government or Citizens of A government. See Page (0), (1)., On motion on Naturalization Acts. Also Page (6) through (3)., therefore the Chief United States Magistrate Judge Isl Charles S. Coody., have A Clear understands what is being said see Fed. R. Civ. Proc. 7 (A)., Pleadings may

(6)

be on the merits. Therefore Plaintiff Willie Earl Dunklin-EL. pursue to the law and enforce the law upon the defendants pursue to 8 U.S.C. § 1421, 8 U.S.C. § 1427 (f). And Attachment A proceeding in law by which one's property is seized; "A proceeding to take a defendant's property into legal custody to satisfy Plaintiff's demand. The object of the proceeding is to hold property so taken for the payment of a judgment in the event Plaintiff's demand is established and judgment rendered therefore in his favor." 55 N.W. 2d 589, 592.

Done this the 12 day of June 2007

Respectfully Submitted /s/ Willie Earl Dunklin-EL
Willie Earl Dunklin-EL.

## Certificate of Service

I hereby certify this 12 day of June 2007. that I have served a true and correct copy of this motion to objection pursue to Davis, Administrative Law §§ 28.04, 28.06 (3rd ed. 1972)., and the same upon defendants Atty. Jack Wallace Jr. by placing the same in the U.S. Mail, legal mail postage service at Easterling Corr. Facility.

/s/ Willie Earl Dunklin-EL
Willie Earl Dunklin-EL

(2)

