IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIE EARL DUNKLIN, #174406, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1063-MEF |
| | ) | |
| BOB RILEY, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

This cause is before the Court on the "Motion to Objection under Action to Compel an Officer of the United States to Perform His Duty" (Doc. # 35) filed by Plaintiff on April 25, 2007, and the "Motion to Objection" (Doc. # 40) filed by Plaintiff on June 14, 2007.

The Court construes the first motion (Doc. # 35) as a motion to compel. The Court concludes that Plaintiff's contentions therein lack merit.

The Court construes the second motion (Doc. # 40) as objections to the June 7, 2007 Order (Doc. # 39) entered by the Magistrate Judge in this case. In accordance with Federal Rule of Civil Procedure 72(a), this Court has reviewed Plaintiff's objections, the Magistrate Judge's Order, and Plaintiff's original motion. In the Order, the Magistrate Judge set forth an appropriate basis for the decision to deny Plaintiff's motion. The Court finds that the Magistrate Judge's Order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to compel (Doc. # 35) is DENIED.

2. Plaintiff's objections (Doc. # 40) are OVERRULED.

3. This case is hereby REFERRED back to the Magistrate Judge for appropriate action or recommendation on all pretrial matters.

DONE this the 18th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE