IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406 ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1063-MEF |
| ) | WO |
| BOB RILEY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

This cause is before the Court on the plaintiff's "Motion to Objection" (Doc. #40) filed on June 14, 2007. Specifically, plaintiff objects to the Magistrate Judge's order of June 7, 2007 (Doc. #39) denying plaintiff's motion on naturalization acts. After an independent review of the plaintiff's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #40) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 19th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE