In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2007 AUG -1 A 9:18
P. HACKETT, Clk
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Earl Dunklin-El.,
    Plaintiff,
V.
Bob Riley, et al.,
    Defendants,

Case No. 2:06-CV-1063-MEF
[wo]

Notice of Change of Address

Come now the Plaintiff Willie Earl Dunklin-El., by and through pro se in the above case move for Change of Address.

From: Easterling Correctional Facility, 200 Wallace Drive, Clio, Al. 36017.

To: Camden Community Based Facility, 1780 Hwy 221 East. Camden, Alabama 36726.

Done this the 23 day of July 2007.
            Respectfully Submitted: Willie Earl Dunklin-El
                                    Willie Earl Dunklin-El

(1)

*Certificate of Service*

I hereby certify this 23 day of ~~July~~ 2007, that I have served a true and correct copy of the Change of Address upon defendants Attorney Jack Wallace Jr., by placing the same in the U.S. Mail Service at Camden Community Based Facility, Postage Service.

(2)



Willie Karl Franklin Eh.
#174486 D-Dorm SB
Lowndes Community Based Facility
1980 Hwy 221 East
Camden, Al. 36726

Legal Mail

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711