In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2007 SEP 25 A 9:38
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

Willie Earl Dunklin-El.
    Plaintiff,

V.

Bob Riley, et al.,
    Defendants.

Case No. 2:06-CV-1063-MEF

WO

Motion-on-Order,
Status

Come now the Plaintiff, Willie Earl Dunklin-El. By and through Prose in the above case, hereby respectfully move this, Courts Pursue to the order Set by Chief United States District Judge; /s/ Mark E. Fuller: on June 19, 2007.

(A). This is also against the, Govern. Bob Riley: Where 18 U.S.C.§ 241., 18 U.S.C.§ 242., 13th Amendment ratified in 1865. Emancipation Free from Slavery, Nationalization Proclaim Nationality, Compensation to receive money and lands, this is from and after the old laws, Slaver and involuntary Seritude, to be National Citizens.

(1)

Done this the 24 day of Spt, 2007.

Respectfully Submitted  *Willie Earl Dunklin-El*
                                      Willie Earl Dunklin-El.
                                      Plaintiff

### Certificate of Service

I hereby Certify this 24 day of Spt 2007. that I have served a true And correct copy of the Same upon defendants Atty. Jack Wallace Jr. by placing the same in the U.S. mail, mail Postage Service at L.C.B.I.

*Willie Earl Dunklin-El*
Willie Earl Dunklin-El.

(2)

Willie Karl Dunklin-El
#194406
Loxley Community Based Facility
1780 HWY 21 East
Loxley, AL. 36726

MONTGOMERY AL 351
24 SEP 2007 PM 3 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711