In The District Court of The United States
for The Middle District of Alabama
Northern Division

Willie Earl Dunklin-El.,
  Plaintiff,
V.                                    Civil Action No. 2:06-CV-1063-MEF
Bob Riley, et Al.,                                        WO
  Defendants,

Motion Under Rule 32.
Assignment of Duties To United
States Magistrate

Come now the Plaintiff, Willie Earl Dunklin-El. By and through Pro'se in the Above Case, hereby respectfully move this. Court Pursue to, 2(A). Duties under 28 U.S.C. § 636 (A).

(2). On About Sept. 24, 2007. Plaintiff, file a motion-on-order Status, fixes that this Court is in plan errors, one where Plaintiff case is under Monroe v. Pape, 365 U.S. 167, 81 S. Ct. 473, 5 L.Ed.2d 492, holding that old Section 1979 of the revised Statutes, derived from Section 1 of the "Ku Klux Act" of 1871; And where became 42 U.S.C. § 1983, gave to individual Citizens a viable remedy in the Federal Courts for deprivations of

(0)

Federally protected rights by persons acting under color of law? Instead of this Court joining in with the States Court, in the case errors in this charge are of the type found unconstitutional in Cage v. Louisiana, 498 U.S. 39, 41 (1990). The Cage Court held that any instruction by the trial court that eases the prosecution; burden of Proof is reversible error. A Magistrate exercise all his powers and duties conferred or imposed upon United States Commissioners by law and the Federal Rules of Criminal; and not under States prosecution where a supplemental pleadings that assert a claim or a defense based upon events occuring after the filing of the original pleading which they supplement. James & Hazard, Civil Procedure § 4.24 (5th ed. 2001). That the pleader is entitled to relief Fed. R. Civ. Proc. 8(A)(2); James & Hazard, Civil Procedure § 3.6 (5th ed. 2001). Abuse of Discretion See 25 N.E.2d 468, 471 Against Abuse of discretion 458 P.2d 336, 338. (2) Administer Oaths and Affirmations, impose conditions of release und 18 U.S.C. §§ 3141 to 3150, and take acknowledgement, affidavits, and deposition; 907. Art. 107. False Official Statement any person subject to this Chapter [§ 801 et seq. of this title] who, with intent to deceive, signs any false record, return, regulation, order,

(1)

or other official document, knowing it to be false, or make any other false, shall be punished as a Court-Martial may direct. (Aug 10, 1956 L. 1041.

Done this the 14 day of October 2007.

Respectfully Submitted

*Willie Earl Dunklin-EL*
Willie Earl Dunklin-EL.
Plaintiff

Certificate of Service

I hereby Certify this 14 day of October 2007. that I have served a true and correct copy of the motion-under Rule 32. Assignment of Duties to United States Magistrate upon defendants Atty - Jack Wallace Jr. By placing the same in the U.S. Mail, Mail Postage Service At Camden Community Based Facility 1780 Hwy 221 Camden, AL. 36726.

*Willie Earl Dunklin-EL*
Willie Earl Dunklin-EL.

(2)

Bro. W. Dunklin-El
# 174406 Dorm-D B5
Camden Community Based Facility
1980 Hwy 221
Camden, Al. 36726
Address Service Requested

36101+0711

MONTGOMERY AL 361
15 OCT 2007 PM 4 T

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711
Official Business