IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-1063-MEF |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION**

Upon consideration of the motion filed by the plaintiff on October 16, 2007 (Court Doc. No. 45), in which the plaintiff makes rambling and unintelligible assertions with respect to the duties of a United States Magistrate Judge and appears to challenge actions taken by the Magistrate Judge in this case, and for good cause, it is

ORDERED this motion be and is hereby DENIED to the extent the plaintiff seeks action by this court.

Done this 18th day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/ Charles S. Coody
　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE