In The United States District Court
For The Middle District of Alabama of
Northern Division

RECEIVED
2007 OCT 30 A 9:46
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Earl Dunklin-Eh.,
   Plaintiff,
V.
Bob Riley, et Al.,
   Defendants

Case No. 2:06-CV-1063-MEF
WO

### Motion to Objection,
### to Compel

Come Now the Plaintiff, Willie Earl Dunklin-Eh. By And through pro/se in the Above Case, hereby respectfully move this, Court Pursue to 28 U.S.C. § 1361. Action to Compel An officer of the United States to perform his duty.

(1). On about, June 18, 2007. The Chief United States District Judge /s/ Mark E. Fuller; Order (Doc. #: 41-1) 3. The Case is hereby referred back to the Magistrate Judge for Appropriate Action or recommendation on All pretrial matters. Also See, Order (Doc #: 42-1) done June 19, 2007. Also see, Notice of Change of Address, Done on Eth A-Nim 23, 2007. By W.K. Dunklin-Eh. There

(1)

After, W.E.Dunklin-EL Flie a motion-on-order, Status, on (Doc 42-1-Doc 42-2)., Lhig'leu, 24, 2007. Also motion under rule 32. Assignment of duties to United States Magistrate done Te'beth 14, 2007. The Chief United States Magistrate Judge /s/ Charles S. Coody is still not making appropriat action in this case, nor contrary to law or order of the Chief United States District Judge /s/ Mark E. Fuller.

Done this the 25 day of Te'beth 2007.
Respectfully Submitted /s/ Willie Earl Dunklin-EL
Willie Earl Dunklin-EL
Acting Lt. Mufti

Certificat of Service

I hereby Certify this 25 day of Te'beth 2007. that I have served a true and correct copy of the motion to Objection, to compel under 28 U.S.C. § 1361 upon defendants Atty-Jack Wallace Jr. By placing the same in the U.S. Mail, Mail Postage Service at Camden Community Based Facility, 1780 Hwy 221 Camden, Al. 36726.

Willie Earl Dunklin-EL
Willie Earl Dunklin-EL
Acting Lt. Mufti

(2)

Ron W.R. Dunklin Jr.
# 174426 Dorm DSB
Camden Community Based Facility
1980 HWY 221
Camden, AL. 36726
Address Service Requested

— This "Torres" nce is lower cow
*" an Alabama State Prison. The conten
iva not been evaluated, and the Alabama
epartment of Corrections is not respons
the substance or contents of the enclos
ink communication."

36101+0711

MONTGOMERY AL 361
29 OCT 2007 PM 1 L

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711
Official Business