IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, #174406, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1063-MEF |
| ) | |
| BOB RILEY *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On October 30, 2007, Plaintiff filed a Motion to Compel (Doc. # 48). In this motion, it appears that Plaintiff requests that this Court compel the Magistrate Judge to perform his duties and make "appropriate action" in this case. The Court finds that the Magistrate Judge has acted on all motions and documents submitted by Plaintiff in accordance with governing law. Therefore, it is hereby ORDERED that Plaintiff's Motion to Compel is DENIED.

Done on this the 31st day of October, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE