In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED 2007 NOV -2 U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Willie Earl Dunklin-Eh.
   Plaintiff,

V.

Bob Riley, et Al.,
   Defendants.

Case No. 2:06-CV-1063-MEF

## Motion to Objection Under Freedom of Information Act

Come Now the Plaintiff Willie Earl Dunklin-Eh. By And through pro se in the Above Case, hereby respectfully move this District Court Pursue to 5 U.S.C. § 552, As Following:

(1). It seem too, Plaintiff W.E. Dunklin-Eh. Pursue to his Case when A order is made, to seek status on A, order made by A Chief United States District Judge to a Chief United States Magistrate Judge Court, under 5 U.S.C. § 552. Plaintiff, has that right even if its against the Confederacy State role in Slavery Alabama Govern. Bob Riley. "Contraband" was a term used for slaves seized by the Union Army even today the old 1712 involuntary-servitude., See Plaintiff (Doc#: 32-1., Page (0),(1),(2),(3),(4),(5). deprive a person of his by,

(0)

249 N.E. 2d 533, 537. developed 23 Edw. 3.L.1. (1349) 25 Edw. 3.L.1. (1350) See [1937] 2K.B. 232, 271. More recently the VAGRANCY Statues have been used by the police as Authority for Arresting person who are Suspected of some wrong doing but where probable cause for their arrest does not exist. However, these Statutes have been open to Abuse and have found disfavor in the court. See 282 N.Y.S. 2d 739. Also See Plaintiff Motion Pursue 28 U.S.C. § 1361. done on April 24, 2007. Page (0), (1), (2). All this was done under the Kovern Bob Riley State Union. Their For Plaintiff, motion-on-order Status and set for (Doc #42-1), (Doc #42-1), order - Fed. R. Evid 611(c).

Done this the 1 day of November 2007.
Respectfully Submitted:
*Willie Earl Dunklin-Zh*
Willie Earl Dunklin-Zh.
Acting Lt. Mufti

Certificate of Service

I hereby certify this 2 day of November 2007. That I have served a true and correct copy of motion to objection under Freedom of Information Act under 5 U.S.C. § 552 upon defendants Atty- Jack Wallace Jr. By placing the same in the U.S. Mail, Mail Postage Service at Camden Community Based Facility, 1780 HWY 221 Camden, Al. 36726.

*Willie Earl Dunklin-El*
Willie Earl Dunklin-El,
Acting Lt. Mufti

(2)

Bro. W.K. Dunklin, Sr.
#174406 Dorm-D5B
Camden Community Based Facility
1980 HWY 221
Camden, Al. 36726
Address Service Requested

MONTGOMERY AL 361
01 NOV 2007 PM 3 T

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711