IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE EARL DUNKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-1063-MEF |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This cause is before the Court on Plaintiff Willie Dunklin's Objection Under Freedom of Information Act (Doc. # 50). While Dunklin does not state his objection with a high degree of clarity, but it appears he is objecting to various orders issued by this Court (Doc. ## 39, 41, 42). Dunklin's objection does not put forth any valid legal argument that would warrant sustaining his objection. Therefore, it is hereby ORDERED that Plaintiff's Objection Under Freedom of Information Act (Doc. # 50) is OVERRULED.

DONE this the 7th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE