In The District Court Of The United States
For The Middle District Of Alabama
Northern Division

Willie Earl Dunklin-El.
       Plaintiff,
V.                                    Case No. 2:06-CV-1063-MEF
Bob Riley, et Al.,
       Defendants.

## Notice Of Change Of Address

Come Now The Plaintiff Willie Earl Dunklin-El, by and through Pro Se in The Above Case move for Change of Address do for The following reason. The Plaintiff was Lockup in A holding unit with hand cuffs, on me, Lt. Ronald L. Sellers, where in I was Crimminal Assault by Lt. Sellers, where in The Commission of The Assault Serious Physical Injury To Wit. Dunklin-El. Bodily Parts. Plaintiff. Dunklin-El. was place under investigation by one of The defendant, Gwen Mosley, Who is now The Deputy Comm. In This vestigation Deputy Comm. Mosley, Never Talk with The Plaintiff Dunklin-El., But Place Plaintiff, Dunklin-El., In A lock-up unit At Fountain Corr. Facility for over Two Weeks, At This Time Plaintiff Dunklin-El. Is Still At, J-38-B. Fountain, With (SLL-2) Not getting The proper Medical Care He Need

(1)

Plaintiff, Dunklin-EL. Sent a full Statement To: I and I At Alabama Dept. of Corrections, 301 South Ripley St. Montgomery, AL. 36130-1501. No Act have been Taking.

From: Lamden Community Based Facility, 1780 Hwy 221 East, Lamden, Alabama, 36726.

To: Fountain Corr. Facility, Fountain 3800 Atmore, AL. 36053.

Done This 13 day of January 2008.

Respectfully Submitted
*Willie Earl Dunklin-EL*
Willie Earl Dunklin-EL.

Certificate of Service

I hereby certify This 13 day of January 2008. That I have Served A true and correct copy of The Change of Address upon defendants Attorney Jack Wallace Jr., by Placing The Same in The U.S. Mail Service At Fountain Corr. Facility Postage Service

*Willie Earl Dunklin-EL*
Willie Earl Dunklin-EL.

(1)

Bro. W.K. Dunklin-Eh.
#174406 J-38-B
Fountain Corr. Facility
N/ Fountain 3800
Atmore, Ah. 36053
Address Service Requested

MOBILE AL 365
14 JAN 2008 PM 2 T

Purple Heart USA 41

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711
Official Business

36101+0711