IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILLIE EARL DUNKLIN, 174406** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   2:06-CV-1063-MEF |
| **BOB RILEY, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Bob Riley, Richard Allen, Gwendolyn Mosley, Carter Davenport, Tyrone Barrow, Brian Mitchell, Latrice Greene, and Sharon Blakely*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity (in official capacities), or

    X    There are no entities to be reported, or

          The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |

        Respectfully submitted,

        TROY KING
        Attorney General

        /s/ *Jack Wallace, Jr.*
        Jack Wallace, Jr. WAL047
        Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 22nd day of February, 2008, electronically filed the foregoing with the Clerk of Court using the CM/ECF and served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Willie Earl Dunklin, 174406
Fountain Correctional Facility
Fountain 3800
Atmore, AL 36503

        /s/ *Jack Wallace, Jr.*
        Jack Wallace